# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Tremaine A. Allen                        Docket No. 5:12-MJ-1819-1

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Tremaine A. Allen, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Fayetteville, on the 8th day of April, 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On April 8, 2015, the defendant was released on pretrial conditions. As a result of the defendant testing positive for cocaine on May 11, 2015, a Violation Report was forwarded to the court. The court agreed to continue supervision to allow the defendant to participate in substance abuse treatment. On June 5, 2015, the defendant submitted a urine specimen which tested positive for cocaine. When confronted with the results, the defendant signed an admission of drug use. Since being referred to substance abuse treatment, the defendant failed to attend sessions on May 28 and June 15, 2015 He is currently scheduled for plea and sentencing on July 8, 2015.

**PRAYING THAT THE COURT WILL ORDER** a bond revocation hearing be scheduled to determine if the defendant's bond should be revoked.

                                      I declare under penalty of perjury that the foregoing is true and correct.

                                      /s/ Keith W. Lawrence
                                      Keith W. Lawrence
                                      Senior U.S. Probation Officer
                                      310 Dick Street
                                      Fayetteville, NC 28301-5730
                                      Phone: 910-354-2538
                                      Executed On: June 22, 2015

### ORDER OF THE COURT

Considered and ordered on June 24, 2015    . It is further ordered that this document shall be filed and made a part of the records in the above case.

*/s/ Robert T. Numbers II*
Robert T. Numbers, II
United States Magistrate Judge