UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:12-MJ-1819-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| | ) | |
| **Tremaine A. Allen** | ) | |

      On July 9, 2015, Tremaine A. Allen appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon a plea of guilty to Count 1- Simple Possession of Marijuana, in violation of 21 U.S.C. § 844, Count 5- Driving While Impaired-Level 2, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, and Count 6- Simple Possession of Marijuana, in violation of 21 U.S.C. §844, was sentenced to a 12-month term of probation under the conditions adopted by the court.

      From evidence presented at the revocation hearing on November 30, 2015, the court finds as a fact that Tremaine A. Allen, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Criminal conduct.

      **IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be revoked and the defendant is committed to the custody of the Bureau of Prisons for a period of 45 days.

      **IT IS FURTHER ORDERED** that upon release from imprisonment, the defendant shall be on supervised release for a term of 6 months with the following conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall abide by all conditions and terms of the home detention program for a period of 4 months. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

**ADDITIONALLY IT IS ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk deliver three certified copies of this Judgment to the U.S. Marshal or other qualified officer and that the same shall serve as the commitment herein

This the 30th day of November, 2015.

_____
Kimberly A. Swank
U.S. Magistrate Judge