IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division

DOCKET NO. 5:12-MJ-1819-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER WITHDRAWING MOTION FOR |
| | ) | REVOCATION AND SUMMONS |
| Tremaine A. Allen | ) | |

On this 1st day of July, 2016, comes Keith W. Lawrence, Senior U.S. Probation Officer, who shows the court that Tremaine A. Allen appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on July 9, 2015, and upon a plea of guilty to Count 1- Simple Possession of Marijuana, in violation of 21 U.S.C. § 844, Count 5- Driving While Impaired-Level 2, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, and Count 6- Simple Possession of Marijuana, in violation of 21 U.S.C. § 844, was placed on probation for a period of 12 months. On November 30, 2015, a revocation hearing was conducted. At that time, the court revoked the term of probation and sentenced the defendant to 45 days in the custody of the Bureau of Prisons. It was further ordered that the defendant be placed on six months supervised release following his release.

On June 20, 2016, a Motion for Revocation was filed in this case. Furthermore, on June 21, 2016, a Summons was issued directing the defendant to appear on July 6, 2016. It now appears that the ends of justice would best be served by withdrawing the Motion for Revocation and Summons before the Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Summons and Motion for Revocation issued for this defendant be vacated and declared void and supervision terminated in this case.

This the 6th day of July 2016

Kimberly A. Swank
U.S. Magistrate Judge